1

DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

6

Attorney for Defendant
JOHN MICHAEL PAPPAS

8

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,              )    Case No. 1:06-cr-00241 OWW
                                       )
13              Plaintiff,             )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE AND ORDER THEREON
14      v.                             )
                                       )    DATE:  December 5, 2006
JOHN MICHAEL PAPPAS,                   )    TIME : 9:00 a.m.
                                       )    DEPT : Hon. Oliver W. Wanger
16              Defendant.             )
                                       )
17  _____   )

18

19      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

20 counsel of record herein, that the Status Conference in the above captioned matter, scheduled

for November 6, 2006, may be continued to **December 5, 2006 at 9:00 a.m.**

22      The parties agree that the delay resulting from the continuance shall be excluded in the

interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense

25

26

27

28

1

2
///

3
///

4
///

5
preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

6

7   DATED: November 2, 2006                    MCGREGOR W. SCOTT
                                               United States Attorney
8

9                                              /s/ Stanley A. Boone
                                               STANLEY A. BOONE
10                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
11

12

13   DATED: November 2, 2006                   DANIEL J. BRODERICK
                                               Federal Defender
14

15                                             /s/ Robert W. Rainwater
                                               ROBERT W. RAINWATER
16                                             Assistant Federal Defender
                                               Attorney for Defendant
17

18

19                            **O R D E R**

20
     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
21
     § 3161(h)(B)(iv).
22

23      DATED:   November 8, 2006.

24

25

26                                    Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE
27

28
Pappas - Stipulation to Continue Status Conference      2