DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MICHAEL PAPPAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00241 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | DATE: January 17, 2007 |
| JOHN MICHAEL PAPPAS, | TIME : 9:00 a.m. |
| *Defendant.* | DEPT : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for December 5, 2006, may be continued to **January 17, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

2

3  DATED: November 29, 2006            MCGREGOR W. SCOTT
                                       United States Attorney
4

5                                       /s/ Stanley A. Boone
                                       STANLEY A. BOONE
6                                      Assistant U.S. Attorney
                                       Attorney for Plaintiff
7

8

9  DATED: November 29, 2006            DANIEL J. BRODERICK
                                       Federal Defender
10

11                                     /s/ Robert W. Rainwater
                                       ROBERT W. RAINWATER
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13

14

15                              **O R D E R**

16    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

17  § 3161(h)(B)(iv).

18  IT IS SO ORDERED.

19  **Dated:   December 2, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                    UNITED STATES DISTRICT JUDGE
20