DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN MICHAEL PAPPAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MICHAEL PAPPAS, <br><br> Defendant. | NO. 1:06-cr-0241 OWW <br><br> STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON <br><br> Date:  September 24, 2007 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before August 27, 2007, responses shall be filed on or before September 17, 2007, and **the hearing on motions now set for June 18, 2007, may be continued to September 24, 2007, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation.  The requested continuance will conserve time and resources for all parties and the court. Counsel for Mr. Pappas is unable to file the brief on the current date because of work on other cases, including opening briefs due in the Ninth Circuit on *United States v. Costa* (on May 14, 2007) and *United States v. Crespin* (on May 21, 2007). Further counsel for defendant will be out of the office between May 18, 2007 and June 4, 2007. Both counsel for Mr. Pappas and the government have a

trial on June 25, 2007. The soonest date after that, that both counsel would be prepared, is the date set forth above.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

<pre>
                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:  May 14, 2007              By:   /s/  Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender


DATED: May 14, 2007               By:    /s/  Robert W. Rainwater
                                        ROBERT W. RAINWATER
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOHN MICHAEL PAPPAS
</pre>

**O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 17, 2007**                    /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; [Proposed] Order Thereon                  −2−