1  ROBERT W. RAINWATER, CA. Bar No. 67212
   Rainwater Law Group
2  Designated Counsel for Service
   1430 Willamette Street, Suite 492
3  Eugene, Oregon 97401-4049
   Telephone: (541) 344-1785
4
   Counsel for Defendant
5  JOHN MICHAEL PAPPAS

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      ) NO. 1:06-CR-0241 OWW
   |                                )
12 |            *Plaintiff*,        ) STIPULATION TO CONTINUE
   |                                ) SENTENCING HEARING, AND ORDER
13 |     v.                         ) THEREON
   |                                )
14 | JOHN MICHAEL PAPPAS,           ) Date:  January 12, 2009
   |                                ) Time:  9:00 a.m.
15 |            *Defendant*.        ) Judge: Honorable Oliver W. Wanger
   |                                )

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in the above entitled matter previously set for December 16, 2008, be continued to **January 12, 2009, at 9:00 a.m.** The reason for this continuance is to allow counsel for the defendant time for further preparation and because of his unavailability on December 16, 2008.

The requested continuance will accommodate counsel for defendant's schedule and allow sufficient time to complete preparation of the Presentence Investigation Report and have adequate time for review and any relevant objections/replies to the Presentence Report prior to the sentencing hearing.

                                           McGREGOR W. SCOTT
                                           United States Attorney


DATED: November 13, 2008        By:    /s/ Stanley A. Boone

STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: November 13, 2008          By:       /s/ Robert W. Rainwater
                                            ROBERT W. RAINWATER
                                            Attorney for Defendant
                                            JOHN MICHAEL PAPPAS

**ORDER**

IT IS SO ORDERED.

**Dated:   November 17, 2008**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE