1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC DAYS, Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JOHN MICHAEL PAPPAS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )     NO. 1:06-CR-00241 OWW
                                       )
12              *Plaintiff*,           )     **APPLICATION AND ORDER TO**
                                       )     **EXONERATE BOND AND TO**
13       v.                            )     **RECONVEYANCE OF REAL PROPERTY**
                                       )
14  JOHN MICHAEL PAPPAS,               )
                                       )
15              *Defendant*.           )
                                       )
16  _____   )

17

18          Defendant John Michael Pappas hereby moves this court for an order to exonerate the bond and

19  reconvey real property in the above-captioned case.

20          On July 19, 2006, Mr. Pappas appeared in this matter before Dennis L. Beck, United States

21  Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a

22  total equity (not less than $65,000) property bond.  A certified deed of trust **(receipt number 100-203897,**

23  **Fresno County recorder no. 2006-0148938**) was posted on behalf of John Michael Pappas and provided

24  to this court by Noula Pappas on August  21, 2006.

25          On February 6, 2009,  Mr. Pappas appeared before District Court Judge Oliver W. Wanger for

26  sentencing, and was committed to the custody of the Bureau of Prisons, ordered to self-surrender on or

27  before March 26, 2009.  According to the Bureau of Prisons website (*www.bop.gov*), Mr. Pappas is

28  currently in custody in USP Lompoc, register #62974-097.

1   Since Mr. Pappas has met the conditions in this matter, he requests that the court exonerate the

2   bond set by this court and reconvey title to the real property securing the bond to the property owner,

3   Ms. Noula Pappas.

4          DATED:  April 30, 2009

5                                                              Respectfully submitted,

6                                                              DANIEL J. BRODERICK
                                                               Federal Defender
7

8                                                               /s/ Marc Days
                                                               MARC DAYS
9                                                              Attorney of Record for
                                                               JOHN MICHAEL PAPPAS
10

11

12

13                                              **O R D E R**

14          **IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to

15   the real property securing said bond , Fresno County Recorder Doc. number 2006-0148938, be reconveyed

16   to Noula Pappas.

17                                                                         IT IS SO ORDERED.

18   **Dated:    May 6, 2009**                              **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28